United States District Court
Middle District of Florida
Jacksonville Division

**DANIEL CASALI,**

    *Plaintiff,*

v.                                                        **NO. 3:23-cv-1034-PDB**

**S&S CUSTOM EXHAUST AND
AUTOMOTIVE REPAIR, LLC,**

    *Defendant.*

# Order

In this action under the Fair Labor Standards Act of 1938 (FLSA), 29 U.S.C. §§ 201–219, the parties move under *Lynn's Food Stores, Inc., v. United States ex rel. U.S. Department of Labor*, 679 F.2d 1350, 1354 (11th Cir. 1982), for approval of a settlement and dismissal with prejudice. Doc. 26 (motion), Doc. 26-1 (settlement agreement).

Under *Lynn's*, a court may approve a settlement of a FLSA claim only if the court determines the settlement is a fair and reasonable resolution of a bona fide dispute. 679 F.2d at 1355. In making that determination, the court may consider the existence of fraud or collusion behind the settlement; the complexity, expense, and likely duration of the litigation; the stage of proceedings and the amount of discovery completed; the probability of the plaintiff's success on the merits; the range of possible recovery; and the opinions of counsel. *Leverso v. SouthTrust Bank of Ala., Nat'l Ass'n*, 18 F.3d 1527, 1530 n.6 (11th Cir. 1994).

Applying *Lynn's*, accepting the parties' representations in the motion, Doc. 26, and considering the circumstances (including a dispute over whether the plaintiff worked more than forty hours in any given workweek, the plaintiff's risk of receiving nothing if he proceeds through trial, and that both parties are represented by counsel), the Court **grants** the motion, Doc. 26, **approves** the settlement as a fair and reasonable resolution of a bona fide dispute, **dismisses** the action with prejudice, and **directs** the clerk to terminate any pending motions and close the file.

**Ordered** in Jacksonville, Florida, on October 8, 2024.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*